**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Michael Benson,

      Petitioner,

v.

Nancy Johnston, *Executive Officer of MSOP*,

      Respondent.

Civ. No. 26-1421 (JWB/DJF)

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE**

Michael Benson, pro se Petitioner.

Thomas R. Ragatz, Esq., Office of the Minnesota Attorney General, counsel for Respondent.

United States Magistrate Judge Dolce J. Foster issued a Report and Recommendation ("R&R") on February 20, 2026. (Doc. No. 5.) Petitioner has filed an objection to the R&R in the time period permitted. (Doc. No. 6.)

The portions of the R&R to which Plaintiff objects are reviewed *de novo* and the recommendations made by the magistrate judge may be accepted, rejected, or modified, in whole or in part. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b)(3). Any aspect of an R&R to which no specific objection is made is reviewed for clear error. *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996); *see also* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the

recommendation."). Because Plaintiff is *pro se*, his objections are entitled to liberal construction. *Erickson v. Pardus*, 551 U.S. 89, 94 (2007).

Petitioner's objections to the February 20, 2026 R&R have been reviewed. Petitioner's objections do not identify any error of law or fact that warrant rejecting the recommendations in the R&R. And, after carefully reviewing all other portions of the R&R not specifically objected to, it is neither clearly erroneous nor contrary to law. Based on that review, and in consideration of the applicable law, the R&R is accepted in its entirety.

Accordingly, **IT IS HEREBY ORDERED** that:

1.      Petitioner's Objections to the Report and Recommendation (Doc. No. 6) are **OVERRULED**;

2.      The Report and Recommendation (Doc. No. 5) is **ACCEPTED**;

3.      Petitioner Michael Benson's Petition for Writ of Habeas Corpus (Doc. No. 1) is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Date: April 28, 2026                                  *s/ Jerry W. Blackwell*
                                                      JERRY W. BLACKWELL
                                                      United States District Judge

2